**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SITE UPDATE SOLUTIONS LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>ACCOR NORTH AMERICA, INC.; ADOBE SYSTEMS, INCORPORATED; AMAZON.COM INC.; AMERICAN BROADCASTING COMPANIES, INC.; CBS CORP.; CDW; CHOICE HOTELS INTERNATIONAL, INC.; DELI MANAGEMENT, INC.; DAILY NEWS L.P.; ELECTRONIC ARTS, INC.; ENTERPRISE RENT-A-CAR COMPANY; FACEBOOK, INC.; GANNETT SATELLITE INFORMATION NETWORK, INC.; HSN, INC.; INTUIT, INC.; LINKEDIN CORPORATION; MONSTER WORLDWIDE, INC.; MYSPACE, INC.; MSNBC INTERACTIVE NEWS LLC; NBC UNIVERSAL, INC.; NEWEGG, INC.; NISSAN NORTH AMERICA, INC.; OFFICE MAX, INC.; OVERSTOCK.COM; RED HAT, INC.; SALESFORCE.COM, INC.; SEARS, ROEBUCK AND CO.; STAPLES, INC.; STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; TARGET CORPORATION; THOMSON REUTERS HOLDINGS, INC.; TICKETMASTER ENTERTAINMENT, INC.; TIME WARNER, INC.; TURNER BROADCASTING SYSTEM, INC.; WAL-MART STORES, INC.; AND WYNDHAM WORLDWIDE, INC.,<br><br>　　　　　Defendants. | Civil Action No. 2:10-cv-151-DF<br><br>JURY TRIAL DEMANDED |

**AMERICAN BROADCASTING COMPANIES, INC.'S CORPORATE DISCLOSURE
STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant American Broadcasting Companies, Inc., by its undersigned attorneys, states as follows. American Broadcasting Companies, Inc. is a wholly-owned subsidiary of ABC Holding Company Inc., which is an indirect, wholly-owned subsidiary of The Walt Disney Company. No other publicly held corporation owns more than 10% of American Broadcasting Companies, Inc.'s stock.

Date: October 7, 2010                      Respectfully submitted,


By: /s/ John M. Caracappa
J. Thad Heartfield
Texas Bar No. 09346800
Email: thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
Email: dru@jth-law.com
**THE HEARTFIELD LAW FIRM**
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

John M. Caracappa
DC Bar No. 476543
Email: jcaracappa@steptoe.com
R. Whitney Winston
DC Bar No. 468536
Email: wwinston@steptoe.com
**STEPTOE & JOHNSON LLP**
1330 Connecticut Ave NW
Washington, DC 20036
Phone: (202) 429-3000
Fax: (202) 429-3902

*Attorneys for American Broadcasting Companies, Inc.*

- 3 -

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/s/ John M. Caracappa  
John M. Caracappa
