# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Site Update Solutions LLC, § | | |
| Plaintiff § | | |
| v. § | Case No.2:10-cv-151 | |
| § | | |
| Accor North America, Inc., et al., § | **JURY TRIAL DEMANDED** | |
| Defendants § | | |
| § | | |

## ORDER DISMISSING RED HAT, INC. WITH PREJUDICE

CAME ON THIS DAY for consideration the Motion to Dismiss Red Hat, Inc. filed by Site Update Solutions ("SUS") to dismiss with prejudice all causes of action asserted in this suit by SUS, it is hereby:

ORDERED that all claims or causes of action asserted by SUS against Red Hat are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be assessed against the party that incurred them.

SIGNED this 9th day of May, 2011.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE