| | |
|---|---|
| 1 | EDWARD R. REINES (Bar No. 135960) |
| | edward.reines@weil.com |
| 2 | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| 3 | Redwood Shores, CA  94065 |
| | Telephone:  (650) 802-3000 |
| 4 | Facsimile:  (650) 802-3100 |

*Attorneys for Defendants*
*CBS Corp., CBS Interactive Inc., CNN Interactive Group, Inc., Daily News L.P., Electronic Arts, Inc., Gannett Satellite Information Network, Inc., Home Box Office, Inc., NBC Universal, Inc., Staples, Inc., Ticketmaster Entertainment, Inc., Ticketmaster L.L.C., Time, Inc. and Turner Broadcasting System, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Site Update Solutions, LLC, | Case No. C 11-3306 LB |
| Plaintiff, | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| v. | |
| Accor North America, Inc., et al., | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties in the above-captioned civil matter hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United Sates District Judge.

Dated: August 12, 2011                              WEIL, GOTSHAL & MANGES LLP

By:     */s/ Edward R. Reines*
Edward R. Reines
*Attorneys for Defendants*
*CBS Corp., CBS Interactive Inc., CNN Interactive Group, Inc., Daily News L.P., Electronic Arts, Inc., Gannett Satellite Information Network, Inc., Home Box Office, Inc., NBC Universal, Inc., Staples, Inc., Ticketmaster Entertainment, Inc., Ticketmaster L.L.C., Time, Inc. and Turner Broadcasting System, Inc.*