# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SITE UPDATE SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ACCOR NORTH AMERICA, INC. et al.,<br><br>Defendants. | Case No. 4:11-CV-03306-PJH<br><br>P~~ROPOS~~ED ORDER GRANTING JOINT MOTION TO DISMISS MYSPACE, INC. WITH PREJUDICE |

Plaintiff Site Update Solutions LLC ("SUS") and Defendant MySpace, Inc. ("MySpace"), submitted a Joint Motion to Dismiss MySpace, Inc. with Prejudice, requesting that the Court dismiss all causes of action asserted in this suit against MySpace by SUS in the above identified action and all counterclaims asserted in this litigation against SUS by MySpace WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41.

The parties further stipulated that each party shall be responsible for its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 22, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*