| | |
|---|---|
| Edward W. Goldstein (TX Bar No. 08099500) | Victor de Gyarfas |
| Alisa A. Lipski (TX Bar No. 24041345) | State Bar No. 24071250 |
| Goldstein & Lipski PLLC | FOLEY & LARDNER LLP |
| 1177 West Loop South, Suite 400 | 555 South Flower Street, Suite 3500 |
| Houston, Texas  77027 | Los Angeles, CA  90071-2411 |
| Telephone:  (713) 877-1515 | Tel:  213-972-4500 |
| Facsimile:  (713)877-1737 | Fax:  213-486-0065 |
| Email:  egoldstein@gliplaw.com | E-mail:  vdegyarfas@foley.com |
| Email: alipski@gliplaw.com | |
| Attorneys for Plaintiff | Attorney for Defendant |
| Site Update Solutions LLC | Wal-Mart Stores, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Site Update Solutions LLC<br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>Adobe Systems, Incorporated et al.,<br>Defendants. | Case No. 4:11-cv-03306-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS BETWEEN SITE UPDATE SOLUTIONS LLC AND WAL-MART STORES , INC. WITHOUT PREJUDICE**<br><br>**DEMAND FOR JURY TRIAL** |

1  Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the terms of a
2  separate agreement, the Plaintiff, Site Update Solutions LLC ("Site Update") and Defendant, Wal-
3  Mart Stores, Inc. ("Wal-Mart") have agreed to dismiss all claims against each other in the above-
4  captioned action.  The parties, therefore, move this Court to dismiss the above-entitled cause and
5  all claims by Site Update against Wal-Mart and all claims by Wal-Mart against Site Update made
6  therein without prejudice.

7  The parties further move the Court to order that all costs and expenses relating to this
8  litigation (including attorney and expert fees and expenses) shall be borne solely by the party
9  incurring same.

10  So Stipulated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 6, 2011

_____
Honorable
United States

IT IS SO ORDERED
Judge Phyllis J. Hamilton

| GOLDSTEIN & LIPSKI, P.L.L.C. | FOLEY & LARDNER LLP |
| --- | --- |
| By: /s/ Edward W. Goldstein<br>Edward W. Goldstein (Pro Hac Vice) | By: /s/ Victor de Gyarfas<br>Victor de Gyarfas |
| Attorneys for Plaintiff<br>SITE UPDATE SOLUTIONS, LLC | Attorneys for Defendant<br>WAL-MART STORES, INC. |

-1- Case No. 11-CV-03306-PJH
STIPULATION AND [PROPOSED] ORDER TO DISMISS WAL-MART STORES. INC WITHOUT PREJUDICE

**ATTESTATION**

I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of this document has been obtained from the signatories.

Dated:  December 5, 2011                              */s/ Edward W. Goldstein*_____
                                                                       Edward W. Goldstein

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated:  December 5, 2011               */s/ Edward W. Goldstein*_____
                                                                Edward W. Goldstein