Matthew Schultz
TREPEL GREENFIELD SULLIVAN & DRAA LLP
150 California Street, Ste 2200
San Francisco, CA 94111
(415) 283-1776
mschultz@tgsdlaw.com
www.tgsdlaw.com

Alisa A. Lipski (SBN 278710)
Edward W. Goldstein (*admitted pro hac vice*)
GOLDSTEIN & LIPSKI, PLLC
1177 West Loop South, Suite 400
Houston, Texas 77027
Tel: (713) 877-1515
Fax: (713) 877-1737
Email: egoldstein@gliplaw.com

Attorneys for Plaintiff
SITE UPDATE SOLUTIONS LLC

Yar R. Chaikovsky (SBN: 175421)
ychaikovsky@mwe.com
Philip Ou (SBN: 259896)
pou@mwe.com
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone:    +1 650 815 7400
Facsimile:    +1 650 815 7401

Attorneys for Defendants
AMAZON.COM, INC., ADOBE SYSTEMS,
INC., INTUIT INC., NEWEGG, INC.,
SEARS ROEBUCK & CO., LINKEDIN
CORPORATION, and TARGET
CORPORATION

Edward R. Reines
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Attorneys for Defendants
CBS INTERACTIVE INC., CNN
INTERACTIVE GROUP, INC., DAILY
NEWS L.P., ELECTRONIC ARTS, INC.,
GANNETT SATELLITE INFORMATION
NETWORK, INC., HOME BOX OFFICE,
INC., NBC UNIVERSAL, INC., STAPLES,
INC., TICKETMASTER L.L.C., and TIME,
INC.

Michael R. Heimbold
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Telephone:  310.734.3225

Attorneys for Defendant
AMERICAN BROADCASTING
COMPANIES, INC.

Edward Vincent King, Jr.
Dirk Van Ausdall
KING & KELLEHER, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

STIPULATION FOR EXTENSION OF TIME
Case No. 5-11-cv-03306-PSG

Telephone: 415.781.2888

Attorneys for Defendant
CHOICE HOTELS INT'L, INC.

Lawrence E. Butler
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone:  415.397.2823

Attorneys for Defendant
HSN, INC.

Martin L. Pitha
SMITH LILLIS PITHA LLP
18201 Von Karman Avenue, Suite 1080
Irvine, CA 92612
Telephone:  949.209.9020

Attorneys for Defendant
OVERSTOCK.COM, INC.

Scott R. Mosko
FINNEGAN, HENDERSON, FARABOW, GARRETT
& DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone:  650.849.6600

Attorneys for Defendant
ENTERPRISE HOLDINGS, INC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Site Update Solutions LLC<br>                Plaintiff,<br><br>        vs.<br><br>Adobe Systems, Incorporated; et.al.<br><br>        Defendants. | CASE NO. 5:11-CV-03306-PSG<br><br><br>**JOINT STIPULATION TO EXTEND TIME FOR SUBMISSION OF JOINT CLAIM CONSTRUCTION STATEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

1    Plaintiff Site Update Solutions, LLC ("SUS") hereby files this Stipulation to Extend Time

2  for Submitting the Parties' Joint Claim Construction Statement and would show the Court the

3  following:

4    The parties request that the deadline for the Parties' Joint Claim Construction Statement

5  be extended for one week, from April 24, 2012 to May 1, 2012.

6    All parties have agreed to this request and no other deadlines will be affected.

7    So Stipulated.

8
9  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10
11  Dated: "Cr tki'48.'4234                       _____

                                                Paul S. Grewal
12                                              United States Magistrate Judge

13  Dated:  April 24, 2012

14
                                    By:  /s/  *Alisa A. Lipski*
15                                          _____
                                        Alisa A. Lipski
16                                      GOLDSTEIN & LIPSKI PLLC
                                        1177 West Loop South, Suite 400
17                                      Houston, TX 77027
                                        Telephone:  713.877.1515
18
                                        Attorneys for Plaintiff
19                                      Site Update Solutions LLC

20
21  April 24, 2012

22                                  By:  /s/  *Yar R. Chaikovsky*
                                        _____
23                                      Yar R. Chaikovsky
                                        Philip Ou
24                                      McDERMOTT WILL & EMERY LLP
                                        275 Middlefield Road, Suite 100
25                                      Menlo Park, CA 94025

26                                      Attorneys for Defendants
                                        Amazon.Com, Inc., Adobe Systems, Inc., Intuit Inc.,
27                                      Newegg, Inc., Sears Roebuck & Co., Linkedin
                                        Corporation, and Target Corporation
28

3                       STIPULATION FOR EXTENSION OF TIME
                                        Case No. 5-11-cv-03306-PSG

1

2

3    April 24, 2012

4                                    By: /s/ Edward R. Reines

5                                        Edward R. Reines
                                         WEIL GOTSHAL & MANGES LLP
6                                        201 Redwood Shores Parkway
                                         Redwood Shores, CA 94065
7
                                         Attorneys for Defendants
8                                        CBS Interactive Inc., CNN Interactive Group, Inc.,
                                         Daily News L.P., Electronic Arts, Inc., Gannett
9                                        Satellite Information Network, Inc., Home Box Office,
                                         Inc., NBC Universal, Inc., Staples, Inc., Ticketmaster
10                                       L.L.C., Time, Inc.
11   April 24, 2012
12
                                     By: /s/ Heidi L. Keefe
13                                       Heidi L. Keefe
14                                       Liz Stameshkin
                                         COOLEY LLP
15                                       Five Palo Alto Square
                                         3000 El Camino Real
16                                       Palo Alto, CA 94306
17                                       Attorneys for Defendant
18                                       Facebook, Inc.
19   April 24, 2012
20                                   By: /s/ Paul A. Gennari
                                         Michael R. Heimbold
21                                       STEPTOE & JOHNSHON LLP
                                         2121 Avenue of the Stars, Suite 2800
22                                       Los Angeles, CA 90067
                                         Telephone:  310.734.3225
23
24                                       Tremayne Norris (admitted pro hac vice)
                                         John Caracappa (admitted pro hac vice)
25                                       Paul A. Gennari (admitted pro hac vice)
                                         STEPTOE & JOHNSON, LLP
26                                       1330 Connecticut Avenue NW
                                         Washington, DC 20036
27                                       Telephone:  202.862.5766
28

                                        4            STIPULATION FOR EXTENSION OF TIME
                                                     Case No. 5-11-cv-03306-PSG

| | |
|---|---|
| 1 | Attorneys for Defendant<br>American Broadcasting Companies, Inc. |
| 2 | |
| 3 | April 24, 2012 |
| 4 | By: /s/ *Gregory R. Lyons* |
| 5 | Edward Vincent King, Jr.<br>Dirk Van Ausdall |
| 6 | KING & KELLEHER, LLP<br>Four Embarcadero Center, 17th floor |
| 7 | San Francisco, CA 94111<br>Telephone:  415.781.2888 |
| 8 | |
| 9 | Gregory R. Lyons (*admitted pro hac vice*)<br>Kevin P. Anderson (*admitted pro hac vice*) |
| 10 | WILEY REIN LLP<br>1776 K Street, N.W. |
| 11 | Washington, DC 20006<br>Telephone:  202.719.7000 |
| 12 | |
| 13 | Attorneys for Defendant<br>Choice Hotels International, Inc. |
| 14 | April 24, 2012 |
| 15 | By: /s/ *Joseph R. Lanser* |
| 16 | Lawrence E. Butler<br>SEYFARTH SHAW LLP |
| 17 | 560 Mission Street, Suite 3100<br>San Francisco, CA 94105 |
| 18 | Telephone:  415.397.2823 |
| 19 | |
| 20 | Joseph R. Lanser (*admitted pro hac vice*)<br>Matthew A. Werber (*admitted pro hac vice*) |
| 21 | SEYFARTH SHAW LLP<br>131 South Dearborn Street, Suite 2400 |
| 22 | Chicago, IL 60603<br>Telephone:  312.460.6000 |
| 23 | |
| 24 | Attorneys for Defendant<br>HSN, Inc. |
| 25 | April 24, 2012 |
| 26 | By: /s/ *John H. Barr, Jr.* |
| 27 | Martin L. Pitha<br>SMITH LILLIS PITHA LLP |
| 28 | 18201 Von Karman Avenue, Suite 1080 |

5

1    Irving, CA 92612
     Telephone:  949.209.9020

2
     Damien P. Lillis
3    SMITH LILLIS PITHA LLP
     400 Montgomery Street, Suite 501
4    San Francisco, CA 94104
     Telephone:  415.814.0405
5
6    John Allen Yates (*admitted pro hac vice*)
     Christopher Aaron Shield (*admitted pro hac vice*)
7    John H. Barr, Jr. (*admitted pro hac vice*)
     BRACEWELL & GIULIANI LLP
8    711 Louisiana Street, Suite 2300
     Houston, TX 77002
9    Telephone:  713.223.2300

10
     Christopher Schenck (*admitted pro hac vice*)
11   BRACEWELL & GIULIANI LLP
     701 Fifth Avenue, Suite 6200
12   Seattle, WA 98104
     Telephone:  206.204.6200
13
14   Attorneys for Defendant
     Overstock.com, Inc.
15
     April 24, 2012
16
            By:  /s/  Scott R. Mosko
17               Scott R. Mosko
                 FINNEGAN, HENDERSON, FARABOW, GARRETT
18               & DUNNER, LLP
                 3300 Hillview Avenue
19               Palo Alto, CA 94304
                 Telephone:  650.849.6600
20
                 Attorneys for Defendant
21               Enterprise Holdings, Inc.

22

23

24

25

26

27

28

**ATTESTATION**

I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of this document has been obtained from the signatories.

Dated: April 24, 2012                    /s/   Alisa A. Lipski_____
                                                     Alisa A. Lipski

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: April 24, 2012                    /s/   Alisa A. Lipski_____
                                                     Alisa A. Lipski