1 | (COUNSEL OF RECORD LISTED ON SIGNATURE PAGE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Site Update Solutions LLC<br>         Plaintiff,<br><br>       vs.<br><br>Adobe Systems, Incorporated;<br>Amazon.com Inc.;<br>American Broadcasting Companies, Inc.<br>CBS Interactive Inc.;<br>Choice Hotels International, Inc.;<br>CNN Interactive Group, Inc.<br>Daily News L.P.;<br>Electronic Arts, Inc.;<br>Enterprise Rent-A-Car Company;<br>Facebook, Inc.;<br>Gannett Satellite Information Network, Inc.;<br>Home Box Office, Inc.<br>Intuit Inc.;<br>Linkedin Corporation;<br>NBC Universal, Inc.;<br>Newegg, Inc.;<br>Overstock.com;<br>Sears, Roebuck and Co.;<br>Staples, Inc.;<br>Target Corporation;<br>Ticketmaster L.L.C.;<br>and<br>Time Inc.<br>         Defendants. | CASE NO. 5:11-CV-03306-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS BETWEEN SITE UPDATE SOLUTIONS LLC AND CERTAIN DEFENDANTS** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Site Update Solutions LLC ( "Plaintiff") and Defendants Adobe Systems, Incorporated, Amazon.com, Inc., American Broadcasting Companies, Inc., CBS Interactive Inc., Choice Hotels International, Inc., CNN Interactive Group, Inc., Daily News L.P., Electronic Arts, Inc., Enterprise Holdings, Inc., Facebook, Inc., Gannett Satellite Information Network, Inc., Home Box Office, Inc., HSN, Inc., Intuit Inc., Linkedin Corporation, NBC Universal, Inc., Overstock.com, Inc., Sears, Roebuck and Co., Staples, Inc., Target Corporation, Ticketmaster L.L.C.,  Time Inc., and Turner Broadcasting System, Inc. (collectively referred to as "Defendants," and together with Site Update Solutions, the "Parties") hereby present this stipulation to dismiss all claims between Site Update Solutions and Defendants in the above-captioned action. The Parties, therefore, move this Court to dismiss all claims by Site Update against Defendants WITH PREJUDICE, and all counterclaims by Defendants against Site Update WITHOUT PREJUDICE, leaving the claims between Site Update Solutions LLC and Newegg, Inc. as the only remaining claims in this action.

The Parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

**IT IS SO STIPULATED**.

Dated: August 13, 2012

By: /s/ *Alisa A. Lipski*
Edward W. Goldstein (TX Bar No. 08099500)
Alisa Lipski (SBN: 278710)
Goldstein & Lipski, PLLC
1177 West Loop South, Suite 400
Houston, Texas 77027
Tel: (713) 877-1515
Fax:  (713) 877-1737
Email: egoldstein@gliplaw.com
Email: alipski@gliplaw.com

```
                                    Matthew Schultz
 1                                  Trepel Greenfield Sullivan & Draa LLP
                                    150 California Street, Ste 2200
 2                                  San Francisco, CA 94111
                                    (415) 283-1776
 3                                  mschultz@tgsdlaw.com
                                    www.tgsdlaw.com
 4
                                    Attorneys for Plaintiff
 5                                  SITE UPDATE SOLUTIONS LLC

 6

 7
                                 By: /s/ Yar R. Chaikovsky
 8                                  Yar R. Chaikovsky (SBN: 175421)
                                    ychaikovsky@mwe.com
 9                                  Philip Ou(SBN: 259896)
                                    pou@mwe.com
10                                  McDERMOTT WILL & EMERY LLP
                                    275 Middlefield Road, Suite 100
11                                  Menlo Park, CA 94025
                                    Telephone: +1 650 815 7400
12                                  Facsimile: +1 650 815 7401

13
                                    Attorneys for Defendants
14                                  AMAZON.COM, INC., ADOBE SYSTEMS, INC.,
                                    INTUIT INC., NEWEGG, INC., SEARS ROEBUCK
15                                  & CO., LINKEDIN CORPORATION, and TARGET
                                    CORPORATION
16

17
                                 By: /s/ Edward R. Reines
18                                  Edward R. Reines (CA State Bar No. 135960)
                                    edward.reines@weil.com
19                                  Andrew L. Perito (CA State Bar No. 269995)
                                    andrew.perito@weil.com
20                                  WEIL GOTSHAL & MANGES LLP
                                    201 Redwood Shores Parkway
21                                  Redwood Shores, CA 94065
22
                                    Attorneys for Defendants
23                                  CBS INTERACTIVE INC., CNN INTERACTIVE
                                    GROUP, INC., DAILY NEWS L.P., ELECTRONIC
24                                  ARTS, INC., GANNETT SATELLITE
                                    INFORMATION NETWORK, INC., HOME BOX
25                                  OFFICE, INC., NBC UNIVERSAL, INC., STAPLES,
                                    INC., TICKETMASTER L.L.C., TIME, INC., and
26                                  TURNER BROADCASTING SYSTEM, INC.

27

28
```

| | |
|---|---|
| 1 | |
| 2 | By: /s/ *Heidi L. Keefe* |
| 3 | Heidi L. Keefe<br>Mark R. Weinstein |
| 4 | Liz Stameshkin<br>COOLEY LLP |
| 5 | Five Palo Alto Square<br>3000 El Camino Real |
| 6 | Palo Alto, CA 94306 |
| 7 | |
| 8 | Attorneys for Defendant<br>FACEBOOK, INC. |
| 9 | |
| 10 | By: /s/ *Paul A. Gennari* |
| 11 | Michael R. Heimbold<br>STEPTOE & JOHNSHON LLP |
| 12 | 2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067 |
| 13 | Telephone:  310.734.3225 |
| 14 | |
| 15 | Tremayne Norris (*admitted pro hac vice*)<br>John Caracappa (*admitted pro hac vice*) |
| 16 | Paul A. Gennari (*admitted pro hac vice*)<br>STEPTOE & JOHNSON, LLP |
| 17 | 1330 Connecticut Avenue NW<br>Washington, DC 20036 |
| 18 | Telephone:  202.862.5766 |
| 19 | Attorneys for Defendant |
| 20 | AMERICAN BROADCASTING COMPANIES, INC. |
| 21 | |
| 22 | By: /s/ *Gregory R. Lyons* |
| 23 | Edward Vincent King, Jr.<br>Dirk Van Ausdall |
| 24 | KING & KELLEHER, LLP<br>Four Embarcadero Center, 17th floor |
| 25 | San Francisco, CA 94111<br>Telephone:  415.781.2888 |
| 26 | |
| 27 | Gregory R. Lyons (*admitted pro hac vice*)<br>Kevin P. Anderson (*admitted pro hac vice*) |
| 28 | WILEY REIN LLP |

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | 1776 K Street, N.W.                                             |
| 2   | Washington, DC 20006<br>Telephone: 202.719.7000                 |
| 3   | Attorneys for Defendant<br>CHOICE HOTELS INTERNATIONAL, INC.    |

By: /s/ *John H. Barr, Jr.*
Martin L. Pitha
SMITH LILLIS PITHA LLP
18201 Von Karman Avenue, Suite 1080
Irving, CA 92612
Telephone: 949.209.9020

Damien P. Lillis
SMITH LILLIS PITHA LLP
400 Montgomery Street, Suite 501
San Francisco, CA 94104
Telephone: 415.814.0405

John Allen Yates (*admitted pro hac vice*)
Christopher Aaron Shield (*admitted pro hac vice*)
John H. Barr, Jr. (*admitted pro hac vice*)
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002
Telephone: 713.223.2300

Christopher Schenck (*admitted pro hac vice*)
BRACEWELL & GIULIANI LLP
701 Fifth Avenue, Suite 6200
Seattle, WA 98104
Telephone: 206.204.6200

Attorneys for Defendant
OVERSTOCK.COM, INC.

By: /s/ *Scott R. Mosko*
Scott R. Mosko
FINNEGAN, HENDERSON, FARABOW, GARRETT
& DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: 650.849.6600

Attorneys for Defendant
ENTERPRISE HOLDINGS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August ____, 2012        _____
                                           Honorable Paul S. Grewal
                                           United States Magistrate Judge

**ATTESTATION**

I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of this document has been obtained from the signatories.

Dated:   August 13, 2012            /s/   Alisa A. Lipski_____
                                                Alisa A. Lipski

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated:  August 13, 2012            /s/   Alisa A. Lipski_____
                                               Alisa A. Lipski