1   (COUNSEL OF RECORD LISTED ON SIGNATURE PAGE)

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| Site Update Solutions LLC<br>        Plaintiff,<br><br>        vs.<br><br>Adobe Systems, Incorporated;<br>Amazon.com Inc.;<br>American Broadcasting Companies, Inc.<br>CBS Interactive Inc.;<br>Choice Hotels International, Inc.;<br>CNN Interactive Group, Inc.<br>Daily News L.P.;<br>Electronic Arts, Inc.;<br>Enterprise Rent-A-Car Company;<br>Facebook, Inc.;<br>Gannett Satellite Information Network, Inc.;<br>Home Box Office, Inc.<br>Intuit Inc.;<br>Linkedin Corporation;<br>NBC Universal, Inc.;<br>Newegg, Inc.;<br>Overstock.com;<br>Sears, Roebuck and Co.;<br>Staples, Inc.;<br>Target Corporation;<br>Ticketmaster L.L.C.;<br>and<br>Time Inc.<br>        Defendants. | CASE NO. 5:11-CV-03306-PSG<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER TO DISMISS ALL CLAIMS<br>BETWEEN SITE UPDATE SOLUTIONS<br>LLC AND CERTAIN DEFENDANTS** |

26

27

28

                                      -1-

1    Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Site Update

2  Solutions LLC ( "Plaintiff") and Defendants Adobe Systems, Incorporated, Amazon.com, Inc.,

3  American Broadcasting Companies, Inc., CBS Interactive Inc., Choice Hotels International, Inc.,

4  CNN Interactive Group, Inc., Daily News L.P., Electronic Arts, Inc., Enterprise Holdings, Inc.,

5  Facebook, Inc., Gannett Satellite Information Network, Inc., Home Box Office, Inc., HSN, Inc.,

6  Intuit Inc., Linkedin Corporation, NBC Universal, Inc., Overstock.com, Inc., Sears, Roebuck and

7  Co., Staples, Inc., Target Corporation, Ticketmaster L.L.C.,  Time Inc., and Turner Broadcasting

8  System, Inc. (collectively referred to as "Defendants," and together with Site Update Solutions,

9  the "Parties") hereby present this stipulation to dismiss all claims between Site Update Solutions

10  and Defendants in the above-captioned action. The Parties, therefore, move this Court to dismiss

11  all claims by Site Update against Defendants WITH PREJUDICE, and all counterclaims by

12  Defendants against Site Update WITHOUT PREJUDICE, leaving the claims between Site Update

13  Solutions LLC and Newegg, Inc. as the only remaining claims in this action.

14    The Parties further move the Court to order that all costs and expenses relating to this

15  litigation (including attorney and expert fees and expenses) shall be borne solely by the party

16  incurring same.

17

18    **IT IS SO STIPULATED**.

19

20

21
Dated: August 13, 2012
22

23                          By:  /s/  *Alisa A. Lipski*
                              _____
                              Edward W. Goldstein (TX Bar No. 08099500)
24                            Alisa Lipski (SBN: 278710)
                              Goldstein & Lipski, PLLC
25                            1177 West Loop South, Suite 400
                              Houston, Texas 77027
26                            Tel: (713) 877-1515
                              Fax:  (713) 877-1737
27                            Email: egoldstein@gliplaw.com
                              Email: alipski@gliplaw.com
28

1    Matthew Schultz
     Trepel Greenfield Sullivan & Draa LLP
2    150 California Street, Ste 2200
     San Francisco, CA 94111
3    (415) 283-1776
     mschultz@tgsdlaw.com
4    www.tgsdlaw.com

5    Attorneys for Plaintiff
     SITE UPDATE SOLUTIONS LLC

6

7
     By:  /s/  Yar R. Chaikovsky
8        Yar R. Chaikovsky (SBN: 175421)
         ychaikovsky@mwe.com
9        Philip Ou(SBN: 259896)
         pou@mwe.com
10       McDERMOTT WILL & EMERY LLP
         275 Middlefield Road, Suite 100
11       Menlo Park, CA 94025
         Telephone: +1 650 815 7400
12       Facsimile: +1 650 815 7401

13
         Attorneys for Defendants
14       AMAZON.COM, INC., ADOBE SYSTEMS, INC.,
         INTUIT INC., NEWEGG, INC., SEARS ROEBUCK
15       & CO., LINKEDIN CORPORATION, and TARGET
         CORPORATION
16

17

18   By:  /s/  Edward R. Reines
         Edward R. Reines (CA State Bar No. 135960)
19       edward.reines@weil.com
         Andrew L. Perito (CA State Bar No. 269995)
20       andrew.perito@weil.com
         WEIL GOTSHAL & MANGES LLP
21       201 Redwood Shores Parkway
         Redwood Shores, CA 94065
22

23       Attorneys for Defendants
         CBS INTERACTIVE INC., CNN INTERACTIVE
24       GROUP, INC., DAILY NEWS L.P., ELECTRONIC
         ARTS, INC., GANNETT SATELLITE
25       INFORMATION NETWORK, INC., HOME BOX
         OFFICE, INC., NBC UNIVERSAL, INC., STAPLES,
26       INC., TICKETMASTER L.L.C., TIME, INC., and
         TURNER BROADCASTING SYSTEM, INC.
27

28

1

2

By: /s/ *Heidi L. Keefe*

3      Heidi L. Keefe
       Mark R. Weinstein
4      Liz Stameshkin
       COOLEY LLP
5      Five Palo Alto Square
       3000 El Camino Real
6      Palo Alto, CA 94306

7
       Attorneys for Defendant
8      FACEBOOK, INC.

9

10    By: /s/ *Paul A. Gennari*

       Michael R. Heimbold
11     STEPTOE & JOHNSHON LLP
       2121 Avenue of the Stars, Suite 2800
12     Los Angeles, CA 90067
       Telephone:  310.734.3225
13

14     Tremayne Norris (*admitted pro hac vice*)
       John Caracappa (*admitted pro hac vice*)
15     Paul A. Gennari (*admitted pro hac vice*)
       STEPTOE & JOHNSON, LLP
16     1330 Connecticut Avenue NW
       Washington, DC 20036
17     Telephone:  202.862.5766

18
       Attorneys for Defendant
19     AMERICAN BROADCASTING COMPANIES, INC.

20

21

22    By: /s/ *Gregory R. Lyons*

       Edward Vincent King, Jr.
23     Dirk Van Ausdall
       KING & KELLEHER, LLP
24     Four Embarcadero Center, 17th floor
       San Francisco, CA 94111
25     Telephone:  415.781.2888

26
       Gregory R. Lyons (*admitted pro hac vice*)
27     Kevin P. Anderson (*admitted pro hac vice*)
       WILEY REIN LLP
28

STIPULATION AND [PROPOSED] ORDER TO DISMISS
                                                    CASE NO. 5-11-CV-03306-PSG

1776 K Street, N.W.
Washington, DC 20006
Telephone:  202.719.7000

Attorneys for Defendant
CHOICE HOTELS INTERNATIONAL, INC.


By: /s/ *John H. Barr, Jr.*
    Martin L. Pitha
    SMITH LILLIS PITHA LLP
    18201 Von Karman Avenue, Suite 1080
    Irving, CA 92612
    Telephone:  949.209.9020

    Damien P. Lillis
    SMITH LILLIS PITHA LLP
    400 Montgomery Street, Suite 501
    San Francisco, CA 94104
    Telephone:  415.814.0405

    John Allen Yates (*admitted pro hac vice*)
    Christopher Aaron Shield (*admitted pro hac vice*)
    John H. Barr, Jr. (*admitted pro hac vice*)
    BRACEWELL & GIULIANI LLP
    711 Louisiana Street, Suite 2300
    Houston, TX 77002
    Telephone:  713.223.2300

    Christopher Schenck (*admitted pro hac vice*)
    BRACEWELL & GIULIANI LLP
    701 Fifth Avenue, Suite 6200
    Seattle, WA 98104
    Telephone:  206.204.6200

    Attorneys for Defendant
    OVERSTOCK.COM, INC.


By: /s/ *Scott R. Mosko*
    Scott R. Mosko
    FINNEGAN, HENDERSON, FARABOW, GARRETT
    & DUNNER, LLP
    3300 Hillview Avenue
    Palo Alto, CA 94304
    Telephone:  650.849.6600

STIPULATION AND [PROPOSED] ORDER TO DISMISS
CASE NO. 5-11-CV-03306-PSG

1

2          Attorneys for Defendant
           ENTERPRISE HOLDINGS, INC.

3          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

5    DATED: August __13__, 2012

6                                                    Honorable Paul S. Grewal
                                                     United States Magistrate Judge

7

8

9                                **ATTESTATION**

10

11          I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of

12   this document has been obtained from the signatories.

13

14   Dated:    August 13, 2012              /s/   Alisa A. Lipski_____
                                            Alisa A. Lipski

15

16

17                           **CERTIFICATE OF SERVICE**

18          The undersigned hereby certifies that all counsel of record who are deemed to have

19   consented to electronic service are being served with a copy of this document via the Court's ECF

20   System.

21
     Dated:  August 13, 2012                /s/   Alisa A. Lipski_____
22                                          Alisa A. Lipski

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS
CASE NO. 5-11-CV-03306-PSG