Matthew Schultz
Trepel Greenfield Sullivan & Draa LLP
150 California Street, Ste 2200
San Francisco, CA 94111
Tel: (415) 283-1776
Email: mschultz@tgsdlaw.com

Edward W. Goldstein (TX Bar No. 08099500)
Alisa Lipski (CA State Bar No. 278710)
Goldstein & Lipski, PLLC
1177 West Loop South, Suite 400
Houston, Texas 77027
Tel: (713) 877-1515
Fax: (713) 877-1737
Email: egoldstein@gliplaw.com
Email: alipski@gliplaw.com

Attorneys for Plaintiff Site Update Solutions

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Site Update Solutions LLC<br>         Plaintiff,<br><br>        vs.<br><br>Adobe Systems, Incorporated et al.,<br>         Defendants. | CASE NO. 5:11-CV-03306-PSG<br><br>**PLAINTIFF SITE UPDATE SOLUTIONS LLC'S REQUEST AND [PROPOSED ORDER] TO APPEAR TELEPHONICALLY FOR THE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**Date:   September 4, 2012**<br>**Time:   2:00 p.m.**<br>**Judge:  Honorable Paul S. Grewal** |

Pursuant to Civ. L.R. 16-10(a) the undersigned, counsel of record for Plaintiff Site Update Solutions LLC, requests to appear telephonically at the Further Case Management Conference scheduled for 2:00 p.m., September 4, 2012.

| | |
|---|---|
| Dated: August 28, 2012 | Respectfully submitted, |
| | /s/ Alisa A. Lipski |
| | Alisa Lipski Alisa Lipski (CA State Bar No. 278710) |
| | Edward W. Goldstein (TX Bar No. 08099500) |
| | Goldstein & Lipski, PLLC |
| | 1177 West Loop South, Suite 400 |
| | Houston, Texas 77027 |
| | Tel: (713) 877-1515 |
| | Fax: (713) 877-1737 |
| | Email: alipski@gliplaw.com |
| | Email: egoldstein@gliplaw.com |
| | |
| | Matthew Schultz |
| | Trepel Greenfield Sullivan & Draa LLP |
| | 150 California Street, Ste 2200 |
| | San Francisco, CA 94111 |
| | Tel: (415) 283-1776 |
| | Email: mschultz@tgsdlaw.com |
| | |
| | Attorneys for Plaintiff Site Update Solutions |

**[PROPOSED ORDER]**

    **IT IS SO ORDERED,** Site Update LLC's lead counsel, Alisa A. Lipski and Edward W. Goldstein, are permitted to participate by telephone in the Further Case Management Conference on September 4, 2012. Counsel is directed to call in as follows:

Counsel is instructed to contact CourtCall at 866-582-6878 to arrange for telephonic appearance.

Dated: August 29, 2012

*/s/ Paul S. Grewal*

Honorable Paul S. Grewal

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: August 28, 2012  /s/ Alisa A. Lipski
Alisa A. Lipski