Matthew Schultz
Trepel Greenfield Sullivan & Draa LLP
150 California Street, Ste 2200
San Francisco, CA 94111
Tel: (415) 283-1776
Email: mschultz@tgsdlaw.com

Edward W. Goldstein (TX Bar No. 08099500)
Alisa Lipski (CA State Bar No. 278710)
Goldstein & Lipski, PLLC
1177 West Loop South, Suite 400
Houston, Texas 77027
Tel: (713) 877-1515
Fax: (713) 877-1737
Email: egoldstein@gliplaw.com
Email: alipski@gliplaw.com

Attorneys for Plaintiff Site Update Solutions

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Site Update Solutions LLC<br>　　　　Plaintiff,<br><br>　　vs.<br><br>Adobe Systems, Incorporated et al.,<br>　　　　Defendants. | CASE NO. 5:11-CV-03306-PSG<br><br>**PLAINTIFF SITE UPDATE SOLUTIONS LLC'S REQUEST AND [PROPOSED ORDER] TO APPEAR TELEPHONICALLY FOR THE FURTHER STATUS CONFERENCE**<br><br>Date:　September 18, 2012<br>Time:　2:00 p.m.<br>Judge: Honorable Paul S. Grewal |

Pursuant to Civ. L.R. 16-10(a) the undersigned, counsel of record for Plaintiff Site Update Solutions LLC, requests to appear telephonically at the Further Status Conference scheduled for 2:00 p.m., September 18, 2012.

| | |
|---|---|
| 1 | Dated: September 11, 2012 |
| 2 | |

Respectfully submitted,

/s/ Alisa A. Lipski
Alisa Lipski Alisa Lipski (CA State Bar No. 278710)
Edward W. Goldstein (TX Bar No. 08099500)
Goldstein & Lipski, PLLC
1177 West Loop South, Suite 400
Houston, Texas 77027
Tel: (713) 877-1515
Fax: (713) 877-1737
Email: alipski@gliplaw.com
Email: egoldstein@gliplaw.com

Matthew Schultz
Trepel Greenfield Sullivan & Draa LLP
150 California Street, Ste 2200
San Francisco, CA 94111
Tel: (415) 283-1776
Email: mschultz@tgsdlaw.com

Attorneys for Plaintiff Site Update Solutions

**[PROPOSED ORDER]**

**IT IS SO ORDERED,** Site Update LLC's lead counsel, Alisa A. Lipski and Edward W. Goldstein, are permitted to participate by telephone in the Further Status Conference on September 18, 2012. Counsel is directed to call in as follows:

Contact CourtCall
_____

_____

_____.

Dated: _____Sept. 14, 2012_____     _/s/ Paul S. Grewal_____

Honorable Paul S. Grewal

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: September 11, 2012          /s/  Alisa A. Lipski
                                   Alisa A. Lipski