Yar R. Chaikovsky (SBN: 175421)
ychaikovsky@mwe.com
Philip Ou (SBN: 259896)
pou@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone:   +1 650 815 7400
Facsimile:    +1 650 815 7401

Attorneys for Defendant
NEWEGG INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITE UPDATE SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACCOR NORTH AMERICA, INC., ET AL.,<br><br>Defendant. | CASE NO. 5:11-CV-03306-PSG<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS BETWEEN SITE UPDATE SOLUTIONS, LLC AND NEWEGG INC. |
| AND RELATED COUNTERCLAIMS | |

**JOINT STIPULATION**

WHEREAS, Plaintiff Site Update Solutions LLC ("Site Update") filed a Notice of Motion and Memorandum of Points and Authorities in Support of its Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 41(a)(2) and the Counterclaims Pursuant to Fed. R. Civ. P. 12(b)(1) [Dkt. No. 642] ("Motion to Dismiss") on October 22, 2012.

WHEREAS, Defendant Newegg Inc. ("Newegg") filed a Memorandum in Opposition to Plaintiff's Motion to Dismiss the Complaint [Dkt. No. 645] ("Opposition") on November 6, 2012.

WHEREAS, after Newegg filed its Opposition, Site Update amended the Covenant Not to Sue attached to Site Update's Motion to Dismiss [Dkt. No. 642-1] to address the concerns raised in Newegg's Opposition. The amended Covenant not to Sue is attached as Exhibit A.

JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS BETWEEN SITE UPDATE SOLUTIONS, LLC AND NEWEGG INC.

CASE NO. 5:11-CV-03306-PSG

1  WHEREAS, in view of the amended Covenant Not to Sue, Newegg agrees to a dismissal of its Counterclaims. Newegg still intends to seek fees pursuant to 35 U.S.C. §285, as noted in prior submissions to the Court and in its Opposition.

WHEREAS, Site Update and Newegg now stipulate to dismissal of all claims by Site Update against Newegg WITH PREJUDICE, and all counterclaims by Newegg against Site Update WITHOUT PREJUDICE and respectfully request this Court to issue an Order affirming said stipulation.

**IT IS SO STIPULATED**.

Dated: 11/8/2012

By: /s/ *Edward W. Goldstein*
Edward W. Goldstein (TX Bar No. 08099500)
Goldstein & Lipski, PLLC
1177 West Loop South, Suite 400
Houston, Texas 77027
Tel: (713) 877-1515
Fax: (713) 877-1737
Email: egoldstein@gliplaw.com

Matthew Schultz
Trepel Greenfield Sullivan & Draa LLP
150 California Street, Ste 2200
San Francisco, CA 94111
(415) 283-1776
mschultz@tgsdlaw.com
www.tgsdlaw.com

Attorneys for Plaintiff
SITE UPDATE SOLUTIONS LLC

11/8/2012

By: /s/ *Yar R. Chaikovsky*
Yar R. Chaikovsky (SBN: 175421)
ychaikovsky@mwe.com
Philip Ou (SBN: 259896)
pou@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: +1 650 815 7400
Facsimile: +1 650 815 7401

Attorneys for Defendant
NEWEGG, INC.

1  CERTIFICATE OF ATTESTATION

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

By: /s/ Philip Ou

Philip Ou

DM_US 39711950-1.087252.0011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITE UPDATE SOLUTIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>ACCOR NORTH AMERICA, INC., ET AL.,<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.  5:11-CV-03306-PSG<br><br>[PROPOSED] ORDER TO DISMISS ALL CLAIMS BETWEEN SITE UPDATE SOLUTIONS, LLC AND NEWEGG INC. |

Having considered the Parties' stipulation, the Court orders as follows:

IT IS SO ORDERED that all claims by Site Update against Newegg are dismissed WITH PREJUDICE, and all counterclaims by Newegg against Site Update are dismissed WITHOUT PREJUDICE.

Dated: _____          _____

Honorable Paul S. Grewal

[PROPOSED] ORDER

CASE NO.  5:11-CV-03306-PSG