UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SITE UPDATE SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACCOR NORTH AMERICA, INC., ET AL.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 5:11-CV-03306-PSG<br><br>[PROPOSED] ORDER TO DISMISS ALL CLAIMS BETWEEN SITE UPDATE SOLUTIONS, LLC AND NEWEGG INC. |
|---|---|

Having considered the Parties' stipulation, the Court orders as follows:

IT IS SO ORDERED that all claims by Site Update against Newegg are dismissed WITH PREJUDICE, and all counterclaims by Newegg against Site Update are dismissed WITHOUT PREJUDICE.

Dated: November 9, 2012

Honorable Paul S. Grewal
U.S. Magistrate Judge

[PROPOSED] ORDER

CASE NO. 5:11-CV-03306-PSG