1

2

3

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

4

5

6

7

8

9

10

11

12

| | |
|---|---|
| SITE UPDATE SOLUTIONS, LLC, | Case No.  5:11-CV-03306-PSG |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME AND TO MODIFY BRIEFING DEADLINES FOR NEWEGG'S MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF FEES** |
| v. | |
| ACCOR NORTH AMERICA, INC., ET AL., | |
| Defendants. | |
| | Date: January 15, 2013 |
| | Time: 10:00 A.M. |
| | Dept. 5, 4th Floor |
| | Judge: Honorable Paul Singh |

13

14

15

16

17

18

CAME BEFORE THE COURT the Parties' Stipulated Request for Extension of Time and to Modify Briefing Deadlines for Newegg's Motion for Declaration of Exceptional Case and Award of Fees.  The Stipulated Request is hereby granted.  It is ORDERED that the deadline for Plaintiff to file its Response to the Motion is December 17, 2012, and that the deadline for Newegg to file its Reply is December 28, 2012.

19

20

Dated: December 7, 2012

By: _Paul S. Grewal_

21

PAUL S. GREWAL

Magistrate Judge

22

23

24

25

26

27

28