KILPATRICK TOWNSEND & STOCKTON LLP
STEVEN D. MOORE, (SBN 290875)
smoore@kilpatricktownsend.com
DARIUS C. SAMEROTTE, (SBN 296252)
dsamerotte@kilpatricktownsend.com
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for *Amici*
Kaspersky Lab ZAO, Limelight Networks, Inc.,
QVC, Inc., SAS Institute Inc., and Xilinx, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITE UPDATE SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACCOR NORTH AMERICA, INC., ET AL.,<br><br>Defendants. | Civil Action No. 5:11-CV-03306-PSG<br><br>[~~PROPOSED~~] ORDER ON MOTION TO FILE *AMICUS* BRIEF<br><br>Date: September 23, 2014, 10:00 a.m.<br>Judge: Hon. Paul Singh Grewal<br>Ctrm: 5, 4th Floor |

The motion of *Amici Curiae* Kaspersky Lab ZAO, Limelight Networks, Inc., QVC, Inc., SAS Institute Inc., and Xilinx, Inc. for leave to submit an *amicus* brief is GRANTED.

IT IS SO ORDERED.

Dated: September 19, 2014

_____
Hon. Paul Singh Grewal
United States Magistrate Judge

- 1 -

~~PROPOSED~~ ORDER
CASE NO. 5:11-CV-03306-PSG