UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SITE UPDATE SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACCOR NORTH AMERICA, INC., ET AL.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.  C-11-CV-03306-PJH<br><br>**[PROPOSED] ORDER ON REQUEST TO BRING PRESENTATION EQUIPMENT TO COURT FOR FEE MOTION HEARING** (AS MODIFIED)<br>**DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. Paul S. Grewal<br>Dept.: 5, 4th Floor<br>Date: Sept. 23, 2014<br>Time: 10 a.m. |

IT IS HEREBY ORDERED that all Parties in this matter shall be permitted to bring certain presentation equipment, specifically laptop computers, a projector, and screen, into the courtroom on September 23, 2014 and September 24, 2014.

Dated :  September 22, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

DM_US 54945542-1.071850.0015

- 3 -    CASE NO.  C-11-CV-03306-PJH